Filing # 97501813 E-Filed 10/18/2019 10:57:42 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY FLORIDA
CIVIL DIVISION

REGINALD ROUNDTREE,

        Plaintiff,

v.                                                                                    CASE NO.: _____

TEGNA, INC., a foreign corporation, and
PACIFIC AND SOUTHERN, LLC, a foreign
corporation,

        Defendants.

_____/

## COMPLAINT

COMES NOW, Plaintiff, REGINALD ROUNDTREE, by and through his undersigned

counsel, and hereby sues Defendants, TEGNA, INC., a foreign corporation, and PACIFIC AND

SOUTHERN, LLC, a foreign corporation, and states as follows:

### JURISDICTION AND VENUE

1.     This is an action for damages in excess of $15,000.00.

2.     Venue lies within Pinellas County, because a substantial part of the events giving

rise to this claim arose in this Judicial District.

### ADMINISTRATIVE PREREQUISITES

3.     All conditions precedent to bringing this action have occurred.

4.     On or about January 29, 2019, Plaintiff timely filed a Charge of discrimination with

the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human

Relations (FCHR). A copy of the Charge is attached as Exhibit "A".

5.     On or about February 14, 2019, Plaintiff timely filed a second Charge of

1

discrimination for wrongful termination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR). A copy of the Charge is attached as Exhibit "B".

6.      More than 180 days have passed since the filing of both Charges.

7.      A Notice of Right to Sue were received from the EEOC for each Charge, copies of which are attached as Composite Exhibit "C". This Complaint has been filed within ninety (90) days of receipt thereof.

8.      Defendant, TEGNA, INC. (hereinafter, "TEGNA"), is an employer as defined by the laws under which this action is brought and employs the required number of employees.

9.      Defendant, PACIFIC AND SOUTHERN, LLC (hereinafter, "PACIFIC"), is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## PARTIES

10.      Plaintiff, REGINALD ROUNDTREE (hereinafter "ROUNDTREE"), is a resident of Pinellas County, Florida.

11.      Defendant, TEGNA, is a foreign for-profit corporation authorized and doing business in Pinellas county, Florida.

12.      Defendant, PACIFIC, is a foreign for-profit corporation authorized and doing business in Pinellas county, Florida.

## GENERAL ALLEGATIONS

13.      Plaintiff, ROUNDTREE, began his employment with Defendants as an "on-air" Anchor at WTSP Channel 10 in Pinellas County, Florida, approximately thirty years ago.

14.      In years past, the contracts for employment offered by Defendants to Plaintiff,

2

ROUNDTREE, ranged in duration from approximately 3 to 6 years.

15.     However, in the last approximately 5 to 7 years of his employment, the contracts offered by Defendants to Plaintiff, ROUNDTREE, began to represent or offer only one year of employment, whereas younger Anchors consistently received contracts of 3 to 4 years in duration.

16.     Additionally, approximately 4-5 years before Plaintiff, ROUNDTREE's, termination in February 2019, his salary was decreased by approximately $25,000, while the salary of a younger anchor was raised about $25,000.

17.     Until approximately October 5, 2017, Bob Clinkingbeard served as WTSP News Director.

18.     On or about April 2017, at a News Staff meeting, Clinkingbeard announced, "I don't want old guys with ties on my news set."

19.     Additionally, until approximately 2017, Elliot Wiser served as General Manager at WTSP.

20.     After Wiser's employment with Defendant, PACIFIC, was terminated, documents were found on Wiser's desk which include what has been referred to as a "hit list" (attached hereto as Exhibit D) of PACIFIC employees who were over the age of 40 who appear to have been targeted for termination or who had already been terminated from their employment.

21.     Another document was also found on Wiser's desk which was titled "Staffing Plan" (attached hereto as Exhibit E) which had the name of Plaintiff, ROUNDTREE, written upon it with the words "2018 bye bye" written next to ROUNDTREE's name.

22.     In November 2018, Plaintiff, ROUNDTREE, was verbally informed by representatives of Defendants that he would be offered a new contract in 2019, but that his salary would be further reduced and he would serve only six months as an Anchor and would then be

3

demoted to Investigative Reporter for the next 12 months, with a salary of approximately half of what he had previously been earning. These reduced financial terms and the demotion were offered to Plaintiff due to his age.

23.    On January 9, 2019, Defendants officially offered Plaintiff, ROUNDTREE, the new contract. All other Anchors who were under 40 continued to be offered multi-year contracts. Plaintiff's then-existing contract at the time was set to expire on February 28, 2019.

24.    On January 28, 2019, Plaintiff, ROUNDTREE, dual-filed a Charge of Discrimination with the Equal Employment Opportunity Commission and the Florida Commission on Human Relations alleging age discrimination based on the 2019 contract, which represented a demotion, a significant decrease in pay, and a diminished contract term. The Charge also alleged age discrimination based on the earlier contracts which were offered to Plaintiff in years prior. ROUNDTREE charged in his petition to the EEOC and FCHR that the adverse actions taken by Defendants were motivated by ROUNDTREE's age. Defendants were served with copies of the Charge via hand delivery on the same day.

25.    Within hours of receiving Plaintiff, ROUNDTREE's, Charge, Defendants ordered ROUNDTREE to be removed from his employment and put on paid leave and immediately initiated an investigation into so-called ethical violations to be alleged against him by Defendants.

26.    Some eleven days later, on February 8, 2019, Defendants terminated Plaintiff, ROUNDTREE's, contract and his employment which was still in full force and effect at the time and revoked and withdrew the newly proposed contract which was set to take effect March 1, 2019.

27.    The actions of the Defendants were motivated by a discriminatory animus toward Plaintiff, ROUNDTREE, because of his age and were retaliatory toward ROUNDTREE because

4

he filed a Charge of Discrimination with the United States agency and the Florida State agency charged with enforcing laws against this type of discrimination. The Defendants' claim that their actions toward ROUNDTREE were motivated by a legitimate, non-discriminatory reason is a pretext.

**COUNT I**
**AGE DISCRIMINATION – FCRA**
**(Defendant TEGNA)**

28.  Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

29.  Plaintiff is a member of a protected class under the Florida Civil Rights Act.

30.  By its conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the Florida Civil Rights Act.

31.  As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

   a.  Back pay and benefits;

   b.  Interest on back pay and benefits;

   c.  Front pay and benefits;

   d.  Compensatory damages for emotional pain and suffering;

   e.  Costs and attorneys' fees;

   f.  For any other relief this Court deems just.

**COUNT II**
**AGE DISCRIMINATION – FCRA**
**(As to Defendant – PACIFIC)**

32.  Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

33.     Plaintiff is a member of a protected class under the Florida Civil Rights Act.

34.     By its conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the Florida Civil Rights Act.

35.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

   a.     Back pay and benefits;

   b.     Interest on back pay and benefits;

   c.     Front pay and benefits;

   d.     Compensatory damages for emotional pain and suffering;

   e.     Costs and attorneys' fees;

   f.     For any other relief this Court deems just.

## COUNT III
## AGE DISCRIMINATION – ADEA
### (As to Defendant – TEGNA)

36.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

37.     Plaintiff is a member of a protected class under the Age Discrimination in Employment Act (ADEA).

38.     By its conduct describe above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the ADEA.

39.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

   a.     Back pay and benefits;

6

b.      Interest on back pay and benefits;

c.      Front pay and benefits;

d.      Liquidated damages;

e.      Costs and attorneys' fees;

f.      For any other relief this Court deems just.

## COUNT IV
## AGE DISCRIMINATION – ADEA
### (As to Defendant – PACIFIC)

40.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

41.     Plaintiff is a member of a protected class under the Age Discrimination in Employment Act (ADEA).

42.     By its conduct describe above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the ADEA.

43.     As a result of Defendant's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

a.      Back pay and benefits;

b.      Interest on back pay and benefits;

c.      Front pay and benefits;

d.      Liquidated damages;

e.      Costs and attorneys' fees;

f.      For any other relief this Court deems just.

## COUNT V
## RETALIATION - FCHR
### (As to Defendant – TEGNA)

44.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

7

45.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

46.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant is liable.

47.     As a result of Defendant's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

        a.     Back pay and benefits;

        b.     Interest on back pay and benefits;

        c.     Front pay and benefits;

        d.     Compensatory damages;

        e.     Pecuniary and non-pecuniary losses;

        f.     Costs and attorney's fees;

        h.     For any other relief this Court deems just and equitable.

## COUNT VI
## RETALIATION - FCHR
### (As to Defendant – PACIFIC)

48.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

49.     Plaintiff ROUNDTREE suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

50.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant PACIFIC is liable.

51.     As a result of Defendant's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

a.     Back pay and benefits;

b.     Interest on back pay and benefits;

c.     Front pay and benefits;

d.     Compensatory damages;

e.     Pecuniary and non-pecuniary losses;

f.     Costs and attorney's fees;

h.     For any other relief this Court deems just and equitable.

## COUNT VII
## RETALIATION – ADEA
## (As to Defendant – TEGNA)

52.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

53.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

54.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant is liable.

55.     As a result of Defendant's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

a.     Back pay and benefits;

b.     Interest on back pay and benefits;

c.     Front pay and benefits;

d.     Compensatory damages;

e.     Pecuniary and non-pecuniary losses;

f.     Costs and attorney's fees;

h.     For any other relief this Court deems just and equitable.

9

## COUNT VIII
## RETALIATION – ADEA
## (As to Defendant – PACIFIC)

56.     Plaintiff realleges and adopts Paragraphs 1 through 27 as if set out in full herein.

57.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

58.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant is liable.

59.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

      a.     Back pay and benefits;

      b.     Interest on back pay and benefits;

      c.     Front pay and benefits;

      d.     Compensatory damages;

      e.     Pecuniary and non-pecuniary losses;

      f.     Costs and attorney's fees;

      h.     For any other relief this Court deems just and equitable.

## PUNITIVE DAMAGES

Plaintiff hereby reserves the right to move this Honorable Court for leave to amend this complaint to add punitive damages upon the filing of record evidence pursuant to Fla. Stat. 768.72.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: ___10/17/19___

FLORIN ROEBIG, P.A.

WIL H. FLORIN, ESQUIRE
Florida Bar No.: 0337234
Primary Email:  WHF@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
THOMAS D. ROEBIG, JR., ESQUIRE
Florida Bar No.: 0651702
Primary Email:  TDR@FlorinRoebig.com
Secondary Email:  Lisa@florinroebig.com
PARKER Y. FLORIN, ESQUIRE
Florida Bar No.: 0127139
Primary Email:    PFlorin@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
TAYLOR D. ROEBIG, ESQUIRE
Florida Bar No.: 1002817
Primary Email:   TaylorRoebig@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

11

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | T  FEPA | |
| | T.  EEOC | |

| State or local agency, if any: | Florida Commission On Human Relations and EEOC | |
|---|---|---|

| Name (Indicate Mr., Mrs., Ms.) Reginald Roundtree | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| | | |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| TEGNA, Inc. | 500+ | (703) 873-6600 |
| STREET ADDRESS 7950 Jones Branch Drive | CITY, STATE AND ZIP CODE McLean, VA 22107 | COUNTY N/A |
| NAME Pacific and Southern, LLC | NUMBER OF EMPLOYEES, MEMBERS 500+ | TELEPHONE (Include area code) (727) 577-1010 |
| STREET ADDRESS 7950 Jones Branch Drive | CITY, STATE AND ZIP CODE McLean, VA 22107 | COUNTY N/A |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|---|
| | | EARLIEST | LATEST |
| RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐ | | | |
| RETALIATION ☐   AGE ☒   DISABILITY ☐   OTHER (Specify _____) | | 2013 | Present |

THE PARTICULARS ARE  (If additional space is needed, attach extra sheet(s))

I: **PERSONAL HARM:** I began my employment with Pacific and Southern LCC (herein after "Pacific") and TEGNA (herein after "TEGNA") as an Anchor at WTSP Channel 10 in Pinellas County, Florida, approximately thirty (30) years ago. I am now 60 years old. In years past, the contracts offered to me ranged in duration of 3-6 years for my services with Pacific and TEGNA. However, in the last 5-7 years, I began consistently receiving employment contract offers of only a 1-year duration, whereas younger Anchors under the age of 40 have consistently received employment contracts of a 3-4 year duration. These younger employees include, but are not limited to, Allison Kropff, Courtney Robinson, Catalina Leid, Katie McCall, and Rob Finnery. Additionally, approximately 4 or 5 years ago, my pay was cut by $25,000, while a younger female anchor, Heather Van Nest, was given a $25,000 raise. At that time, Van Nest was under 40. Van Nest's employment was thereafter terminated soon after she turned 40 years old.

Until approximately October 5, 2017, Bob Clinkingbeard served as WTSP News Director and my superior. In or around April 2017, at a News Staff meeting, Clinkingbeard stated "I don't want old guys with ties on my news set." Additionally, until approximately 2017, Elliott Wiser served as General Manager at WTSP and my superior. After Wiser's employment with Pacific was terminated, documents were found on Wiser's desk which include what has been referred to as a "**hit list**" (see attached Exhibit "A") of Pacific employees over age 40 who were apparently targeted for termination or who had already been terminated. My name was included in this list. Almost all of the employees included in that "hit list" have now been terminated from their employment with Pacific and have been replaced by people under 40. The list of employees over 40 years old whose employment has been terminated within the last five years includes, but is not limited to: Jim Van Fleet, Heather Van Nest, Charles Billi, Dave Wirth, Paul Casper, Kate Wentzel, Carol Dolcimascolo, and Mike Deeson. A document was also found on Wiser's desk which was titled "Staffing Plan." The "Staffing Plan" document had my name written on it ("Reggie"), and next to my name, the words "2018 bye bye (see attached Exhibit "B")."

EXHIBIT A

In November 2018, I was verbally told that I would be offered a new contract in 2019, under which I would be further reduced and serve for six months as an Anchor, and following that period, I would receive a demotion to a position as an Investigative Reporter for the following 12 months, with a salary of half the amount I had received in years prior. On January 9, 2019, I was formally offered that contract, while all other Anchors under 40 continue to be offered multi-year contracts. My current employment contract ends on February 28, 2019.

It is evident by the above that TEGNA and Pacific have engaged in an ongoing and continual policy and/or practice of discriminating against individuals age forty (40) and older, including myself.  As more fully described above, I have personal knowledge that several of my colleagues named, all over the age of forty (40), were also terminated and replaced by younger employees during this continuous several years practice.  Thus, not only were current employees, such as myself, affected, so too were other individuals over the age of forty (40).  Therefore, both TEGNA and Pacific have engaged in, and continue to engage in, class-wide age discrimination. See Channel 10's "Meet the Team" biographies (attached Exhibit "C").

II:     RESPONDENT'S REASON FOR ADVERSE ACTION: I have not been given any reason.

III:    STATEMENT OF DISCRIMINATION: I believe I was discriminated against because of my age, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") and the Florida Civil Rights Act ("FCHR".) The above described actions by my employer illustrate a pattern of discriminatory actions which constitute continuing violations of both the ADEA and the FCHR.

---

☒     I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

 I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:
SIGN: _____
PRINT: _LISA M FESTA_____
State of Florida at Large (SEAL)

1/24/19
DATE
CHARGING PARTY (Signature)

EEOC FORM 5 (Rev. 06/92)

LISA M. FESTA
Commission # FF 243188
Expires June 22, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

LISA M FESTA
Commission #
Expires June 2...



**EXHIBIT "A"**

Allison + Reagan
Wx Bobby
Sports News

6pm    Allison + Reagan (298
Wx Bobby
Sports — New

5pm    Rivera + New Reveal (3m)  Wx — New
5:30pm    Rivera + New Reveal (3m)  Wx — New

Am    Courtney + Ian
Wx — Ashley

Oth    Sun  AM — Elderly  Anchor

Plan:    • Allison does 6 + 11 when Dan
leaves
• JVF leaves  Melissa
is EP of Wx  In Chief
Meteorologist.  Bobby
Ashley + AM  to place

EXHIBIT "B"

MENU    NEWS

LIVE

**63°**

Tampa, FL

WEATHER ALER

## *MEET THE TEAM*

CLOS



**Allison Kropff**

*TELEVISION*



**Ashley Batey**

*TEAM-BIOS*



**Aubrey Jackson**

*TEAM-BIOS*



**Beau Zimmer**

*TEAM-BIOS*



**Bobby Deskins**

*TEAM-BIOS*



**Bobby Lewis**

*TEAM-BIOS*

**Candice Aviles**

**EXHIBIT "C"**



*TEAM-BIOS*



**Carolina Leid**

*TEAM-BIOS*



**Courtney Robinson**

*TEAM-BIOS*



**Eric Glasser**

*TEAM-BIOS*



**Emerald Morrow**

*TEAM-BIOS*



**Grady Trimble**

*TEAM-BIOS*



**Grant Gilmore**

*TEAM-BIOS*



**Isabel Mascareñas**

*TEAM-BIOS*

**Jabari Thomas**



*TEAM-BIOS*



**Jenny Dean**

*TEAM-BIOS*



**Jennifer Titus**

*TEAM-BIOS*



**Josh Sidorowicz**

*TEAM-BIOS*



**Justin Granit**

*TEAM-BIOS*



**Katie McCall**

*TEAM-BIOS*



**Kelly Frank**

*TEAM-BIOS*



**Liz Crawford**

*ABOUT-US*

**Madison Alworth**



*TEAM-BIOS*



**Mark Bergin**

*TEAM-BIOS*



**Phil Buck**

*TEAM-BIOS*



**Reginald Roundtree**

*TEAM-BIOS*



**Rob Finnerty**

*TEAM-BIOS*



**Ryan Bass**

*ABOUT-US*



**Samantha Mitchell**

*TEAM-BIOS*



**Sarah Rosario**

*TEAM-BIOS*



**Sean Streicher**

*TEAM-BIOS*



**Stephen Adams**

*TEAM-BIOS*

# FEATURED VIDEOS







**Wednesday marks 30 years since Salvador Dalí died**

*PEOPLE*

**Pine View Middle School named 10News School of the Week powered by Duke Energy Florida**

*SCHOOL-OF-THE-WEEK*

**Hillsborough deputy went 21 mph over speed limit in fatal crash, sher says**

*HILLSBOROUGH COUNTY*

© 2019 WTSP-TV. All Rights Reserved.

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | T  FEPA | |
| | T  EEOC | 511-2019-01480 |

Florida Commission On Human Relations and EEOC
*State or local agency, if any*

| Name (Indicate Mr., Mrs., Ms.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Reginald Roundtree | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| | | |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| TEGNA, Inc. | 500+ | (703) 873-6600 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 7950 Jones Branch Drive | McLean, VA 22107 | N/A |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
| Pacific and Southern, LLC | 1500+ | (727) 577-1010 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 7950 Jones Branch Drive | McLean, VA 22107 | N/A |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | EARLIEST | LATEST |
| RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐ | | |
| RETALIATION ☒   AGE ☒   DISABILITY ☐   OTHER (Specify _____ ) | 2013 | 2/8/19 |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*

I: **PERSONAL HARM:** On January 28, 2019, I dual-filed a Charge of Discrimination with the EEOC and FCHR alleging that myself and others had been discriminated against by my employers, TEGNA, Inc. and Pacific and Southern, LLC, based on my age. The EEOC and FCHR File numbers are: EEOC No.: 15D201900368 and FCHR No.: 201917933! My employers were served with copies of that Charge via hand delivery on January 28, 2019 at 3:39 PM. That Charge and its corresponding attachments have been attached to this Charge. Within hours of receiving the Charge, my employers placed me on paid leave and initiated an investigation into ethical violations alleged against me. On February 8, 2019, my employment was terminated, which was done in retaliation for filing the Charge of Discrimination (which is protected by the Participation Clause of 29 U.S.C. § 623(d) and Fla. Stat. 760.10(7)), as well as because of my age. I was terminated from my position under the employment contract that was effective at the time of my termination, as well as from my position under the new employment contract I had signed which was to become effective March 1, 2019.

II: **RESPONDENT'S REASON FOR ADVERSE ACTION:** The pretextual reasons given for my termination were outlined in a termination letter I received from my employers (attached), which included allegations that I violated the "Ethics Policy and Principles of Ethical Conduct for Journalists" by failing to disclose the nature of my relationship with a certain source, and my failure to "recognize conflicts of interest."

III: **STATEMENT OF DISCRIMINATION:** I believe I was discriminated against because of my age, and retaliated against for filing an EEOC/FCHR Charge alleging age discrimination, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") and the Florida Civil Rights Act ("FCHR".)

☒ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

LISA M. FESTA
Commission # FF 243188
Expires June 22, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

NOTARY PUBLIC:
SIGN: *Lisa Festa*
PRINT: LISA M. FESTA
State of Florida at Large (SEAL)

| DATE | CHARGING PARTY (Signature) |
|---|---|
| 2/13/19 | |

Received
FEB 14 2019

EEOC FORM 5 (Rev. 06/92)

EXHIBIT *B*

Tampa Field Office

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Reginald Roundtree** | From:  **Tampa Field Office**<br>**501 East Polk Street**<br>**Room 1000**<br>**Tampa, FL 33602** |

| | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **15D-2019-00368** | **Jahaira Quintana,**<br>**Investigator** | **(813) 202-7940** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                                          7/25/19

| | |
|---|---|
| Enclosures(s) | **Evangeline Hawthorne,**<br>**Director**           *(Date Mailed)* |

cc:
| | |
|---|---|
| **Carrie Bradley Bradley**<br>**Director, Labor Relations**<br>**8350 Broad St., Suite 2000**<br>**Tysons, VA 22102** | **Wil H. Florin, Esq.**<br>**FLORIN & ROEBIG, TRIAL ATTORNEYS**<br>**777 Alderman Road**<br>**Palm Harbor, FL 34683** |

**EXHIBIT** *C*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Reginald Roundtree | From: Tampa Field Office |
| | 501 East Polk Street |
| | Room 1000 |
| | Tampa, FL 33602 |

| [ ] | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| | Jahaira Quintana, | |
| 511-2019-01480 | Investigator | (813) 202-7940 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                               7/25/19

Enclosures(s)                    **Evangeline Hawthorne,**                    *(Date Mailed)*
                                        **Director**

cc:   **Carrie Bradley**                              **Wil H. Florin, Esq.**
      **Director, Labor Relations**                   **FLORIN & ROEBIG, TRIAL ATTORNEYS**
      **TEGNA, Inc.**                                 **777 Alderman Rd.**
      **8350 Broad Street, Suite 2000**               **Palm Harbor, FL 34683**
      **Tysons, VA 22102**

EXHIBIT *D*