UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINALD ROUNDTREE,

       Plaintiff,

v.                                      Case No.: 8:19-cv-02857-CEH-SPF

TEGNA, INC., a foreign corporation, and
PACIFIC AND SOUTHERN, LLC, a foreign
corporation,

       Defendants.
_____/

## SECOND AMENDED COMPLAINT

COMES NOW, Plaintiff, REGINALD ROUNDTREE, by and through his undersigned counsel, and hereby sues Defendants, TEGNA, INC., a foreign corporation, and PACIFIC AND SOUTHERN, LLC, a foreign corporation, and states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction pursuant to 28 U.S.C. 1331.

2.     Venue lies within the Middle District of Florida pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to this claim arose in this Judicial District.

3.     Plaintiff, REGINALD ROUNDTREE (hereinafter "ROUNDTREE") is a resident of Pinellas County, Florida.

4.     Defendant, TEGNA, INC. (hereinafter "TEGNA") is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing business within this Judicial District.

5.     Defendant, PACIFIC AND SOUTHERN, LLC (hereinafter "PACIFIC") is a foreign corporation, licensed and authorized to conduct business in the State of Florida and doing

business within this Judicial District.

## ADMINISTRATIVE PREREQUISITES

6.     All conditions precedent to bringing this action have occurred.

7.     On or about January 29, 2019, ROUNDTREE timely filed a Charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR). A copy of the Charge is attached as Exhibit "A".

8.     On or about February 14, 2019, ROUNDTREE timely filed a second Charge of discrimination for wrongful termination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR). A copy of the Charge is attached as Exhibit "B".

9.     More than 180 days have passed since the filing of both Charges.

10.     A Notice of Right to Sue were received from the EEOC for each Charge, copies of which are attached as Exhibits "C" and "D," respectively. This Complaint has been filed within ninety (90) days of receipt thereof.

11.     Defendant, TEGNA, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

12.     Defendant, PACIFIC, is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## GENERAL ALLEGATIONS

13.     Plaintiff is a male over the age of 40 years old.

14.     Defendant PACIFIC is a Delaware company that owns and operates WTSP Channel 10 ("the Station"), a television broadcast station physically located in Pinellas County Florida and broadcasting throughout the Tampa Bay metropolitan area, and at all times material

hereto, was the co-employer of the Plaintiff.

15.     Defendant PACIFIC is wholly owned by TEGNA, a Delaware company, which controls the operations of PACIFIC.

16.     TEGNA is the manager of Defendant PACIFIC as the term "manager" is defined by Delaware Code Title 6, Section 18-101. As such, all material decisions and actions regarding the employment of Plaintiff  alleged herein were made, directed, or participated in by TEGNA.

17.     At the time of the violations of law alleged herein, Defendant TEGNA was operating as the manager of Defendant PACIFIC, and therefore all material decisions and actions taken by Defendant PACIFIC were also made by TEGNA and/or its officers and employees.

18.     At the time of the violations of law alleged herein, Defendant TEGNA and Defendant PACIFIC were operating as joint employers of Plaintiff ROUNDTREE under the law.

19.     Plaintiff, ROUNDTREE, began his employment as an "on-air" Anchor at the Station approximately thirty years ago.

20.     In years past, Plaintiff, ROUNDTREE was offered contracts to work at the Station which were multiple years in duration.

21.     However, in recent years Plaintiff was offered contracts of only a 1-year duration at the Station, whereas younger Anchors were offered contracts of multiple years in duration.

22.     Additionally, in the years prior to Plaintiff, ROUNDTREE's termination in February 2019, Plaintiff's salary was significantly decreased, while the salary of a younger anchor was significantly increased.

23.     Until approximately October of 2017, Bob Clinkingbeard served as News Director at the Station.

24.     In or around April of 2017, at a News Staff meeting, Clinkingbeard announced, "I

don't want old guys with ties on my news set."

25.     Additionally, until approximately 2017, Elliot Wiser served as General Manager at the Station.

26.     After Wiser's employment at the Station ended, documents were found on Wiser's desk which include what has been referred to as a "hit list" (attached hereto as Exhibit E) of employees at the Station who were over the age of 40 and who appear to have been targeted for termination or who had already been terminated from their employment.

27.     Another document was also found on Wiser's desk which was titled "Staffing Plan" (attached hereto as Exhibit F) and which had the name of Plaintiff, ROUNDTREE, written upon it with the words "2018 bye bye" written next to Plaintiff ROUNDTREE's name.

28.     In November 2018, Plaintiff, ROUNDTREE, was verbally informed by representatives of Defendants TEGNA and PACIFIC that he would be offered a new contract in 2019, but that his salary would be further reduced and that he would serve only six months as an Anchor and would then be demoted to Investigative Reporter for the next 12 months, with a salary of approximately half of what he had previously been earning.

29.     Defendants TEGNA and PACIFIC made the decision to offer Plaintiff a contract with a reduced salary and a demotion based on Plaintiff's age.

30.     On January 9, 2019, Defendants PACIFIC and TEGNA officially offered Plaintiff, ROUNDTREE, the new contract. All other Anchors who were under 40 years old continued to be offered multi-year contracts. Plaintiff's contract in effect at the time was set to expire on February 28, 2019.

31.     On January 28, 2019, Plaintiff, ROUNDTREE, dual-filed a Charge of Discrimination with the Equal Employment Opportunity Commission and the Florida Commission

on Human Relations alleging that Defendants PACIFIC and TEGNA had discriminated against Plaintiff based on his age by offering him the afore described 2019 contract, which represented a demotion and a significant decrease in pay. The Charge also alleged age discrimination based on the terms of contracts which were offered to Plaintiff in years prior. ROUNDTREE charged in his petition to the EEOC and FCHR that the adverse actions taken by Defendants PACIFIC and TEGNA were motivated by ROUNDTREE's age. Defendants were served with copies of the Charge via hand delivery on the same day it was filed.

32.     Within hours of receiving Plaintiff ROUNDTREE's Charge, Defendants PACIFIC and TEGNA suspended Plaintiff's employment, and immediately initiated an investigation into so-called ethical violations to be alleged against him by Defendants.

33.     Approximately eleven days later, on February 8, 2019, Defendants PACIFIC and TEGNA terminated Plaintiff, ROUNDTREE's current contract and employment, and revoked and withdrew the new 2019 contract which Plaintiff had signed and which would have taken effect March 1, 2019.

34.     These actions of Defendants TEGNA and PACIFIC were motivated by a discriminatory animus toward Plaintiff ROUNDTREE because of his age, and by a retaliatory motive due to Plaintiff ROUNDTREE's filing of his Charge of Discrimination with the United States agency and the Florida State agency charged with enforcing laws against this type of discrimination. The Defendants' claim that their actions toward ROUNDTREE were motivated by a legitimate, non-discriminatory reason is a pretext.

35.     Defendant TEGNA and Defendant PACIFIC's operations are interrelated and Defendant TEGNA exercises a high degree of control over employees of Defendant PACIFIC.

36.     Defendant PACIFIC operates and conducts business under Defendant TEGNA's

Policy and Procedure Manual.

37.    Defendant TEGNA participated in the decisions to shorten Plaintiff's contracts with the Station; to reduce Plaintiff's salary; to demote Plaintiff; and to terminate Plaintiff's employment at the Station.

38.    Employees of Defendant TEGNA participated in the decision to suspend and terminate Plaintiff ROUNDTREE.

39.    At all times material hereto, Defendant TEGNA, as co-employer of the Plaintiff, exercised control over the terms and conditions of Plaintiff's employment.

40.    At all times material hereto, Defendant TEGNA had the power to hire, fire, and modify the employment conditions of Plaintiff.

41.    Plaintiff signed multiple employment agreements over the course of his employment at the Station in which he was required to agree and expressly agreed to the "TEGNA Broadcasting Employment Agreement Terms."

42.    While employed at the Station, Plaintiff was provided employment benefits, such as the "Tegna Retirement Plan," through Defendant TEGNA.

43.    Upon information and belief, Anne Bentley, Vice President of Corporate Communications for TEGNA, provided a statement to news sources stating that Plaintiff ROUNDTREE's termination was the result of an internal review by Defendant TEGNA.

44.    In 2018, the Station reported a workplace injury which Plaintiff ROUNDTREE had suffered to TEGNA's worker's compensation insurance carrier, "AIG Claims, Inc."

45.    Paperwork with regard to the above-referenced worker's compensation claim expressly refers to Defendant TEGNA as Plaintiff's employer.

## COUNT I
## AGE DISCRIMINATION – FCRA
### (Defendant TEGNA)

46.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

47.     Plaintiff is a member of a protected class under the Florida Civil Rights Act.

48.     By its conduct described above, Defendant TEGNA engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the Florida Civil Rights Act.

49.     As a result of Defendant TEGNA's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

      a.     Back pay and benefits;

      b.     Interest on back pay and benefits;

      c.     Front pay and benefits;

      d.     Compensatory damages, including but not limited to mental anguish, loss of dignity, and all other intangible injuries;

      e.     Punitive damages;

      f.     Costs and attorneys' fees; and

      g.     For any other relief this Court deems just.

## COUNT II
## AGE DISCRIMINATION – FCRA
### (As to Defendant – PACIFIC)

50.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

51.     Plaintiff is a member of a protected class under the Florida Civil Rights Act.

52.     By its conduct described above, Defendant PACIFIC engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the

Florida Civil Rights Act.

53.     As a result of Defendant PACIFIC's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

        a.      Back pay and benefits;

        b.      Interest on back pay and benefits;

        c.      Front pay and benefits;

        d.      Compensatory damages, including but not limited to mental anguish, loss of dignity, and all other intangible injuries;

        e.      Punitive damages;

        f.      Costs and attorneys' fees; and

        g.      For any other relief this Court deems just.

## COUNT III
## AGE DISCRIMINATION – ADEA
### (As to Defendant – TEGNA)

54.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

55.     Plaintiff is a member of a protected class under the Age Discrimination in Employment Act (ADEA).

56.     By its conduct describe above, Defendant TEGNA engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the ADEA.

57.     As a result of Defendant TEGNA's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

        a.      Back pay and benefits;

        b.      Interest on back pay and benefits;

    c.      Front pay and benefits;

    d.      Liquidated damages;

    e.      Costs and attorneys' fees;

    f.      For any other relief this Court deems just.

## COUNT IV
## AGE DISCRIMINATION – ADEA
## (As to Defendant – PACIFIC)

58.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

59.     Plaintiff is a member of a protected class under the Age Discrimination in Employment Act (ADEA).

60.     By its conduct describe above, Defendant PACIFIC engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the ADEA.

61.     As a result of Defendant PACIFIC's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a.      Back pay and benefits;

    b.      Interest on back pay and benefits;

    c.      Front pay and benefits;

    d.      Liquidated damages;

    e.      Costs and attorneys' fees;

    f.      For any other relief this Court deems just.

## COUNT V
## RETALIATION - FCRA
## (As to Defendant – TEGNA)

62.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

63.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

64.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant TEGNA is liable.

65.     As a result of Defendant TEGNA's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

      a.      Back pay and benefits;

      b.      Interest on back pay and benefits;

      c.      Front pay and benefits;

      d.      Compensatory damages, including but not limited to mental anguish, loss of dignity, and all other intangible injuries;

      e.      Punitive damages;

      f.      Costs and attorneys' fees; and

      g.      For any other relief this Court deems just.

**COUNT VI**
**RETALIATION - FCRA**
**(As to Defendant – PACIFIC)**

66.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

67.     Plaintiff ROUNDTREE suffered an adverse employment action for opposing an employment practice made unlawful by Florida Statutes Chapter 760.

68.     The above described acts of retaliation constitute a violation of Florida Statutes Chapter 760 for which Defendant PACIFIC is liable.

69.     As a result of Defendant PACIFIC's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a.      Back pay and benefits;

    b.      Interest on back pay and benefits;

    c.      Front pay and benefits;

    d.      Compensatory damages, including but not limited to mental anguish, loss of dignity, and all other intangible injuries;

    e.      Punitive damages;

    f.      Costs and attorneys' fees; and

    g.      For any other relief this Court deems just.

### COUNT VII
### RETALIATION – ADEA
### (As to Defendant – TEGNA)

70.    Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

71.    Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by the Age Discrimination in Employment Act.

72.    The above described acts of retaliation constitute a violation of the Age Discrimination in Employment Act for which Defendant TEGNA is liable.

73.    As a result of Defendant TEGNA's unlawful retaliation and discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a.      Back pay and benefits;

    b.      Interest on back pay and benefits;

    c.      Front pay and benefits;

    d.      Liquidated damages;

    f.      Costs and attorney's fees; and

    h.      For any other relief this Court deems just and equitable.

## COUNT VIII
## RETALIATION – ADEA
## (As to Defendant – PACIFIC)

74.     Plaintiff realleges and adopts Paragraphs 1 through 45 as if set out in full herein.

75.     Plaintiff suffered an adverse employment action for opposing an employment practice made unlawful by the Age Discrimination in Employment Act.

76.     The above described acts of retaliation constitute a violation of the Age Discrimination in Employment Act for which Defendant PACIFIC is liable.

77.     As a result of Defendant PACIFIC's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

        a.     Back pay and benefits;

        b.     Interest on back pay and benefits;

        c.     Front pay and benefits;

        d.     Liquidated damages;

        f.     Costs and attorney's fees; and

        h.     For any other relief this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable against all Defendants named herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2020, a true and correct copy of the foregoing has been furnished via EM/ECF to:

Stephen T. Ball, Esq.
Luis J. Gonzalez, Esq.
Daniel J. Kavanaugh, Esq.
Holland & Knight, LLP

200 South Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, FL 32802-1526, at the following primary emails:
**Primary:** **stephen.ball@hklaw.com; luis.gonzalez@hklaw.com;
daniel.kavanaugh@hklaw.com**

**FLORIN ROEBIG, P.A.**

**WIL H. FLORIN, ESQUIRE**
Florida Bar No.: 0337234
Primary Email:  WHF@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
\*\*\*   **THOMAS D. ROEBIG, JR., ESQUIRE**
Florida Bar No.: 0651702
Primary Email:   TDR@FlorinRoebig.com
Secondary Email:  Lisa@florinroebig.com
**PARKER Y. FLORIN, ESQUIRE**
Florida Bar No.: 0127139
Primary Email:   PFlorin@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
**TAYLOR D. ROEBIG, ESQUIRE**
Florida Bar No.: 1002817
Primary Email:   TaylorRoebig@FlorinRoebig.com
Secondary Email:  Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

# CHARGE OF DISCRIMINATION

| | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | T   FEPA<br>T.   EEOC | |

| State or local agency, if any: | Florida Commission On Human Relations and EEOC | |
|---|---|---|

| Name (Indicate Mr., Mrs., Ms.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Reginald Roundtree | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below)

| NAME | CITY, STATE AND ZIP CODE | TELEPHONE |
|---|---|---|
| TEGNA, Inc. | 500+ | (703) 873-6600 |
| STREET ADDRESS<br>7950 Jones Branch Drive | CITY, STATE AND ZIP CODE<br>McLean, VA 22107 | COUNTY<br>N/A |
| NAME<br>Pacific and Southern, LLC | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE   (Include area code)<br>(727) 577-1010 |
| STREET ADDRESS<br>7950 Jones Branch Drive | CITY, STATE AND ZIP CODE<br>McLean, VA 22107 | COUNTY<br>N/A |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|
| RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐ | EARLIEST | LATEST |
| RETALIATION ☐   AGE ☒   DISABILITY ☐   OTHER (Specify _____) | 2013 | Present |

THE PARTICULARS ARE   (If additional space is needed, attach extra sheet(s))

I:   PERSONAL HARM: I began my employment with Pacific and Southern LCC (herein after "Pacific") and TEGNA (herein after "TEGNA") as an Anchor at WTSP Channel 10 in Pinellas County, Florida, approximately thirty (30) years ago. I am now 60 years old. In years past, the contracts offered to me ranged in duration of 3-6 years for my services with Pacific and TEGNA. However, in the last 5-7 years, I began consistently receiving employment contract offers of only a 1-year duration, whereas younger Anchors under the age of 40 have consistently received employment contracts of a 3-4 year duration. These younger employees include, but are not limited to, Allison Kropff, Courtney Robinson, Catalina Leid, Katie McCall, and Rob Finnery. Additionally, approximately 4 or 5 years ago, my pay was cut by $25,000, while a younger female anchor, Heather Van Nest, was given a $25,000 raise. At that time, Van Nest was under 40. Van Nest's employment was thereafter terminated soon after she turned 40 years old.

Until approximately October 5, 2017, Bob Clinkingbeard served as WTSP News Director and my superior. In or around April 2017, at a News Staff meeting, Clinkingbeard stated "I don't want old guys with ties on my news set." Additionally, until approximately 2017, Elliott Wiser served as General Manager at WTSP and my superior. After Wiser's employment with Pacific was terminated, documents were found on Wiser's desk which include what has been referred to as a "**hit list**" (see attached Exhibit "A") of Pacific employees over age 40 who were apparently targeted for termination or who had already been terminated. My name was included in this list. Almost all of the employees included in that "hit list" have now been terminated from their employment with Pacific and have been replaced by people under 40. The list of employees over 40 years old whose employment has been terminated within the last five years includes, but is not limited to: Jim Van Fleet, Heather Van Nest, Charles Billi, Dave Wirth, Paul Casper, Kate Wentzel, Carol Dolcimascolo, and Mike Deeson. A document was also found on Wiser's desk which was titled "Staffing Plan." The "Staffing Plan" document had my name written on it ("Reggie"), and next to my name, the words "**2018 bye bye** (see attached Exhibit "B")."

EXHIBIT A

In November 2018, I was verbally told that I would be offered a new contract in 2019, under which I would be further reduced and serve for six months as an Anchor, and following that period, I would receive a demotion to a position as an Investigative Reporter for the following 12 months, with a salary of half the amount I had received in years prior. On January 9, 2019, I was formally offered that contract, while all other Anchors under 40 continue to be offered multi-year contracts. My current employment contract ends on February 28, 2019.

It is evident by the above that TEGNA and Pacific have engaged in an ongoing and continual policy and/or practice of discriminating against individuals age forty (40) and older, including myself. As more fully described above, I have personal knowledge that several of my colleagues named, all over the age of forty (40), were also terminated and replaced by younger employees during this continuous several years practice. Thus, not only were current employees, such as myself, affected, so too were other individuals over the age of forty (40). Therefore, both TEGNA and Pacific have engaged in, and continue to engage in, class-wide age discrimination. See Channel 10's "Meet the Team" biographies (attached Exhibit "C").

II:     RESPONDENT'S REASON FOR ADVERSE ACTION: I have not been given any reason.

III:    STATEMENT OF DISCRIMINATION: I believe I was discriminated against because of my age, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") and the Florida Civil Rights Act ("FCHR".) The above described actions by my employer illustrate a pattern of discriminatory actions which constitute continuing violations of both the ADEA and the FCHR.

---

☒     I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:
SIGN: _Lisa Festa_
PRINT: _LISA M FESTA_
State of Florida at Large (SEAL)

1/24/19
DATE                CHARGING PARTY (Signature)

EEOC FORM 5 (Rev. 06/92)

LISA M. FESTA
Commission # FF 243188
Expires June 22, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

LISA M F...
Commission...
Expires Jun...
Bonded...

Rancourt
Kamm
Kropff
B. Lewis

Dart
Rivera
Pransky
Zalla

Marinec
Batey
Reitz
Peppard

Robinson
Menendez
Deskins
Saavedra

Patel
Clooney

Deeson
Burks
Hendren
Cumley

Zimmer
Conlon
Stanton
Petramala

Dean
Titus'
Smith
Lim

Fields
Louv
Rhodes

Ramsey
Inithar
Peterson

Roundtree
Wilson

Shackleford
Emerald M

Dolcimascolo
Sarah H

Glasser
McKinney

Sabrina F.

Billi
Michalak

Kasper
Wirth

Van Fleet
Flowers

Wentzel
M. Grayson

Fischer

EXHIBIT "A"

Staffing Plan
By end of 2017

11pm    Allison + Reggie (2018-Bye-Bye
        Wx Bobby?
        Sports News

6pm     Allison + Reggie (2018 Bye Bye)
        Wx Bobby?
        Sports — New

5pm        Rivera + New Female (sm) Wx — New
5:30pm     Rivera + New Female (3y) Wx — News (Ndon off c

Am      Courtny + Ian
        Wx — Ashley

Other   Sun AM — Elderly Anchor

Plan?   • Allison does 6+11 when Dion
          leaves.
        • JVF Leaves. Melissa Dart
          is EP of Wx. No Chief
          Meteorologist. Bobby to PM?
          Ashley to AM? Replace
          Kate + JVF.
        • Sports: Replace Both
        • Rivera — out if not move anchor

EXHIBIT "B"

 NEWS

LIVE

**63°**
Tampa, FL

WEATHER ALERT

## *MEET THE TEAM*

CLOS



**Allison Kropff**

*TELEVISION*



**Ashley Batey**

*TEAM-BIOS*



**Aubrey Jackson**

*TEAM-BIOS*



**Beau Zimmer**

*TEAM-BIOS*



**Bobby Deskins**

*TEAM-BIOS*



**Bobby Lewis**

*TEAM-BIOS*

**Candice Aviles**

EXHIBIT "C"



*TEAM-BIOS*



**Carolina Leid**

*TEAM-BIOS*



**Courtney Robinson**

*TEAM-BIOS*



**Eric Glasser**

*TEAM-BIOS*



**Emerald Morrow**

*TEAM-BIOS*



**Grady Trimble**

*TEAM-BIOS*



**Grant Gilmore**

*TEAM-BIOS*



**Isabel Mascareñas**

*TEAM-BIOS*

**Jabari Thomas**



*TEAM-BIOS*



**Jenny Dean**

*TEAM-BIOS*



**Jennifer Titus**

*TEAM-BIOS*



**Josh Sidorowicz**

*TEAM-BIOS*



**Justin Granit**

*TEAM-BIOS*



**Katie McCall**

*TEAM-BIOS*



**Kelly Frank**

*TEAM-BIOS*



**Liz Crawford**

*ABOUT-US*

**Madison Alworth**



*TEAM-BIOS*



**Mark Bergin**

*TEAM-BIOS*



**Phil Buck**

*TEAM-BIOS*



**Reginald Roundtree**

*TEAM-BIOS*



**Rob Finnerty**

*TEAM-BIOS*



**Ryan Bass**

*ABOUT-US*



**Samantha Mitchell**

*TEAM-BIOS*



**Sarah Rosario**

*TFAM-BIOS*



**Sean Streicher**

*TEAM-BIOS*



**Stephen Adams**

*TEAM-BIOS*

# FEATURED VIDEOS



Wednesday marks 30 years since
Salvador Dalí died

*PEOPLE*



Pine View Middle School named
10News School of the Week powered
by Duke Energy Florida

*SCHOOL-OF-THE-WEEK*



Hillsborough deputy went 21 mph
over speed limit in fatal crash, sher
says

*HILLSBOROUGHCOUNTY*

© 2019 WTSP-TV. All Rights Reserved.

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| T | FEPA | |
| T | EEOC | 511-2019-01480 |

State or local agency, if any: **Florida Commission On Human Relations and EEOC**

Name (Indicate Mr., Mrs., Ms.)
**Reginald Roundtree**

HOME TELEPHONE (Include Area Code)

STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| TEGNA, Inc. | 500+ | (703) 873-6600 |
| STREET ADDRESS 7950 Jones Branch Drive | CITY, STATE AND ZIP CODE McLean, VA 22107 | COUNTY N/A |
| NAME Pacific and Southern, LLC | NUMBER OF EMPLOYEES, MEMBERS 500+ | TELEPHONE (Include area code) (727) 577-1010 |
| STREET ADDRESS 7950 Jones Branch Drive | CITY, STATE AND ZIP CODE McLean, VA 22107 | COUNTY N/A |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | DATE DISCRIMINATION TOOK PLACE | |
|---|---|---|
| RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐ | EARLIEST | LATEST |
| RETALIATION ☒   AGE ☒   DISABILITY ☐   OTHER (Specify _____) | 2013 | 2/8/19 |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I: PERSONAL HARM: On January 28, 2019, I dual-filed a Charge of Discrimination with the EEOC and FCHR alleging that myself and others had been discriminated against by my employers, TEGNA, Inc. and Pacific and Southern, LLC, based on my age. The EEOC and FCHR File numbers are: EEOC No.: 15D201900368 and FCHR No.: 201917933! My employers were served with copies of that Charge via hand delivery on January 28, 2019 at 3:39 PM. That Charge and its corresponding attachments have been attached to this Charge. Within hours of receiving the Charge, my employers placed me on paid leave and initiated an investigation into ethical violations alleged against me. On February 8, 2019, my employment was terminated, which was done in retaliation for filing the Charge of Discrimination (which is protected by the Participation Clause of 29 U.S.C. § 623(d) and Fla. Stat. 760.10(7)), as well as because of my age. I was terminated from my position under the employment contract that was effective at the time of my termination, as well as from my position under the new employment contract I had signed which was to become effective March 1, 2019.

II: RESPONDENT'S REASON FOR ADVERSE ACTION: The pretextual reasons given for my termination were outlined in a termination letter I received from my employers (attached), which included allegations that I violated the "Ethics Policy and Principles of Ethical Conduct for Journalists" by failing to disclose the nature of my relationship with a certain source, and my failure to "recognize conflicts of interest."

III: STATEMENT OF DISCRIMINATION: I believe I was discriminated against because of my age, and retaliated against for filing an EEOC/FCHR Charge alleging age discrimination, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") and the Florida Civil Rights Act ("FCHR".)

☒ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty or perjury that the foregoing is true and correct.

2/13/19
DATE          CHARGING PARTY (Signature)

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS

NOTARY PUBLIC:
SIGN: _____
PRINT: LISA M. FESTA
State of Florida at Large (SEAL)

LISA M. FESTA
Commission # FF 243188
Expires June 22, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

Received
FEB 14 2019

EEOC FORM 5 (Rev. 06/92)          EXHIBIT B          Tampa Field Off

EEOC Form 161 (11/16)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Reginald Roundtree** | From: | **Tampa Field Office**<br>**501 East Polk Street**<br>**Room 1000**<br>**Tampa, FL 33602** |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **15D-2019-00368** | **Jahaira Quintana,**<br>**Investigator** | **(813) 202-7940** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                    7/25/19

Enclosures(s)                    Evangeline Hawthorne,          *(Date Mailed)*
                                Director

cc:     **Carrie Bradley Bradley**              **Wil H. Florin, Esq.**
        **Director, Labor Relations**           **FLORIN & ROEBIG, TRIAL ATTORNEYS**
        **8350 Broad St., Suite 2000**          **777 Alderman Road**
        **Tysons, VA 22102**                    **Palm Harbor, FL 34683**

EXHIBIT C

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Reginald Roundtree** | From: | **Tampa Field Office** |
|---|---|---|
| | | **501 East Polk Street** |
| | | **Room 1000** |
| | | **Tampa, FL 33602** |

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **511-2019-01480** | **Jahaira Quintana, Investigator** | **(813) 202-7940** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

- [X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

- [ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                                    7/25/19

**Evangeline Hawthorne,**                         *(Date Mailed)*
**Director**

Enclosures(s)

cc:  **Carrie Bradley**                              Wil H. Florin, Esq.
     **Director, Labor Relations**                  FLORIN & ROEBIG, TRIAL ATTORNEYS
     **TEGNA, Inc.**                                 777 Alderman Rd.
     **8350 Broad Street, Suite 2000**              Palm Harbor, FL 34683
     **Tysons, VA 22102**

EXHIBIT D